# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MY24HOURNEWS.COM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:18-cv-1647-MHC ) |
| AT&T CORP., VERIO, INC., NTT AMERICA, INC., ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC AND GENACOM, INC. | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Julia C. Barrett of King & Spalding LLP enters her appearance as counsel of record for Defendant AT&T Corporation in the above-captioned matter.

Respectfully submitted, this 4th day of May, 2018.

/s/ *Julia C. Barrett*
Julia C. Barrett
Georgia Bar No. 354322
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5100

Counsel for Defendant AT&T Corporation

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following counsel of record:

Von A. DuBose
Tanya F. Miller
DUBOSE MILLER LLC
75 14th Street N.E, Suite 2110
Atlanta, Georgia 30309
Telephone: (404) 720-8111
Facsimile: (404) 921-9557

Scott A. Griffin
Michael D. Hamersky
GRIFFIN HAMERSKY LLP
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile: (646) 998-8284


This 4th day of May, 2018.

/s/ *Julia C. Barrett*
Julia C. Barrett