IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MY24HOURNEWS.COM, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>AT&T CORP., VERIO, INC., NTT )<br>AMERICA, INC., ENDURANCE )<br>INTERNATIONAL GROUP )<br>HOLDINGS, INC. and GENACOM, INC.,)<br>)<br>Defendants. ) | Civil Action No.<br>1:18-cv-01647-MHC |

## ENTRY OF APPEARANCE

Michael C. Gretchen, Esq. hereby enters his appearance and joins Henry D. Fellows, Jr., Esq. and the law firm of Fellows LaBriola LLP as counsel of record for Defendants Verio, Inc., NTT America, Inc. and Endurance International Group Holdings, Inc. in the above-captioned matter.

Respectfully submitted, this 22nd day of May, 2018.

                                          FELLOWS LABRIOLA LLP

                                          s/Michael C. Gretchen
                                          Henry D. Fellows, Jr.
                                          Georgia Bar No. 257825
                                          hfellows@fellab.com
                                          Michael C. Gretchen
                                          Georgia Bar No. 522171

mgretchen@fellab.com
Peachtree Center
Suite 2300 South Tower
225 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 586-9200

*Attorneys for Defendants Verio, Inc., NTT America, Inc., and Endurance International Group Holdings, Inc.*

# CERTIFICATE OF SERVICE

This is to certify that on this day I served the foregoing upon the following attorneys by using the Court's CM/ECF system, which will send notice of the filing to all counsel or record:

    Michael Hamersky, Esq.
    Scott A. Griffin, Esq.
    Griffin Hamersky LLP
    420 Lexington Avenue, Suite 400
    New York, NY  10170

    Von A. DuBose, Esq.
    Tanya F. Miller, Esq.
    DuBose Miller, LLC
    75 14th St., NE, Suite 2110
    Atlanta, GA  30309

    David L. Balser, Esq.
    Julia C. Barrett , Esq.
    King & Spalding, LLP
    1180 Peachtree Street, NE, 40th Floor
    Atlanta, GA  30309

This 22nd day of May, 2018.

            s/Michael C. Gretchen
            Michael C. Gretchen