# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MY24HOURNEWS.COM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:18-cv-1647-MHC ) |
| AT&T CORP., VERIO, INC., NTT AMERICA, INC., ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC. AND GENACOM, INC. | ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANT AT&T CORP.'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES

Defendant AT&T Corp., by and through undersigned counsel and with the Plaintiff's consent, respectfully move this Court for leave for Defendant AT&T Corp. to file a brief in support of its motion to dismiss that exceeds, by no more than fifteen (15) pages, the 25-page limit set forth in Local Rule 7.1D.

In support of this motion, Defendant AT&T Corp. shows the Court as follows:

1. Plaintiff filed the Complaint in this case on April 18, 2018. *See* Dkt. 1.

2. The Complaint spans 71 pages, includes 312 separately-numbered paragraphs, and includes 22 causes of action. *Id.*

3. On May 18, 2018, this Court granted all Defendants leave to file briefs not to exceed thirty-five (35) pages in length.

4. Allowing Defendant AT&T Corp. an additional five pages in excess of this 35-page limit will allow Defendant sufficient space to address the voluminous Complaint. AT&T Corp. is subject to more claims than the other Defendants.

5. Defendant AT&T Corp.'s counsel has conferred with Plaintiff's counsel regarding these requests, and Plaintiff's counsel has stated that Plaintiff does not oppose this motion.

WHEREFORE, Defendants AT&T Corp. respectfully request that the Court enter an order granting leave for Defendant to file a brief in support of its motion to dismiss that exceeds, by no more than fifteen (15) pages, the 25-page limit set forth in Local Rule 71.D. A proposed order is attached.

Respectfully submitted, this 19 day of June, 2018.

> */s/ David L Balser*
> David L. Balser
> Georgia Bar No. 035835
> Julia C. Barrett
> KING & SPALDING LLP
> 1180 Peachtree Street, N.E.

Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5138
dbalser@kslaw.com
jbarrett@kslaw.com

Eamon P. Joyce
Marissa Alter-Nelson
Christina Prusak Chianese
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
ejoyce@sidley.com
malternelson@sidley.com
cchianese@sidley.com

*Counsel for Defendant AT&T Corp.*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANT AT&T CORP.'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following counsel of record:

    Von A. DuBose
    Tanya F. Miller
    DUBOSE MILLER LLC
    75 14th Street N.E, Suite 2110
    Atlanta, Georgia 30309
    Telephone: (404) 720-8111
    Facsimile: (404) 921-9557

    Scott A. Griffin
    Michael D. Hamersky
    GRIFFIN HAMERSKY LLP
    420 Lexington Avenue, Suite 400
    New York, New York 10170
    Telephone: (646) 998-5580
    Facsimile: (646) 998-8284

    *Counsel for Plaintiff*
    *My24HourNews.Com, Inc.*


    Keelin Kavanaugh
    Wendy C. Michael
    GREENSPOON MARDER, P.A.-NY
    590 Madison Avenue
    New York, NY 10022
    Telephone: (212) 524-5000

Henry D. Fellows, Jr.
Michael Coleman Gretchen
FELLOWS LA BRIOLA LLP
225 Peachtree Street, N.E.
South Tower, Suite 2300
Atlanta, GA 30303-1731
Telephone: (404) 586-9200
hfellows@fellab.com
mgretchen@fellab.com

*Counsel for Defendants Verio, Inc., NTT America, Inc., and Endurance International Group Holdings, Inc.*

This 19 day of June, 2018.

                                              /s/ *David L. Balser*
                                              David L. Balser