IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MY24HOURNEWS.COM, <br><br> Plaintiff, <br><br> v. <br><br> AT&T CORP., VERIO, INC., NTT AMERICA, INC., ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC. AND GENACOM, INC. <br><br> Defendants. | Civil Action No. 1:18-cv-1647-MHC |

## ORDER GRANTING DEFENDANT AT&T CORP.'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES

Before the Court is Defendant AT&T Corp.'s Motion for Extension of Time and Leave to File Brief in Excess of 25 Pages. The Court, being duly advised, and finding good cause to grant the motion, hereby ORDERS that Defendant AT&T Corp. may file a brief in support of its motion to dismiss Plaintiff's Complaint not to exceed forty (40) pages in length.

SO ORDERED, this 19th day of June, 2018.

_____
Honorable Mark H. Cohen
United States District Judge