# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

------------------------------------------------------------------X

| | |
|---|---|
| **MY24HOURNEWS.COM, INC.** | **JOINT STIPULATION OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u>** |
| *Plaintiff,* | |
| -*v.*- | |
| **AT&T CORP.**, **VERIO, INC.**, **NTT AMERICA, INC.**, **ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC. and GENACOM, INC.** | CIVIL ACTION<br><br>FILE NO. 18-cv-01647-MHC |
| *Defendants.* | |

------------------------------------------------------------------X

My24HourNews.Com, Inc. ("<u>My24</u>" or "<u>Plaintiff</u>"), Verio, Inc. ("<u>Verio</u>"), NTT America, Inc. ("<u>NTT</u>") and Endurance International Group Holdings, Inc. ("<u>Endurance</u>," together with My24, Verio and NTT, the "<u>Parties</u>"), hereby stipulate and agree as follows (the "<u>Stipulation</u>"):

1. Through their undersigned counsel, Defendants Verio, NTT and Endurance have represented to Plaintiff that Defendant NTT, and not Defendant Endurance or any related entity, is the successor-in-interest to Defendant Verio related to the assets that form the basis of the allegations in Plaintiff's complaint in this action, and Defendants Verio and NTT have therefore requested that Defendant Endurance be dismissed from this action without prejudice;

2. Based on the aforementioned representations and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff dismisses only Defendant Endurance from this action, without prejudice, and without costs or attorneys' fees, and the Parties agreeing that nothing herein shall be deemed to constitute or be construed as a dismissal of the action with prejudice and/or on the merits as to Defendant Endurance; and

3. The action shall continue as to Defendants AT&T Corp., Verio, NTT, and Genacom, Inc.

Dated: Atlanta, Georgia
       June 19, 2018

By: */s/ Henry D. Fellows*
Henry D. Fellows Jr.
GA. Bar No. 257825
Fellows LaBriola LLP
Peachtree Center
Suite 2300 South Tower
225 Peachtree Street, N.E.
Atlanta, Georgia 30303
Telephone: (404) 586-9200

*Counsel to Defendants Verio, Inc., NTT America, Inc. and Endurance International Group Holdings, Inc.*

Dated: Atlanta, Georgia
       June 19, 2018

By: */s/ Von DuBose*
Von DuBose
GA. Bar No. 231451
75 14th Street N.E., Suite 2110
Atlanta, Georgia 30309
Telephone: (404) 720-8111
Facsimile: (404) 921-9557

*Counsel to Plaintiff My24HourNews.Com, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notice of such filing to counsel of record.

Dated: June 19, 2018

                                                      /s/ *Sophia Hepheastou*
                                                      Sophia Hepheastou