# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MY24HOURNEWS.COM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| AT&T CORP., VERIO, INC., NTT ) | 1:18-cv-01647-MHC |
| AMERICA, INC., ENUDURANCE ) | |
| INTERNATIONAL GROUP HOLDINGS, ) | |
| INC. and GENACOM, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW Barclay S. Hendrix of the law firm Strickland Brockington Lewis LLP, Midtown Proscenium Suite 2200, 1170 Peachtree Street NE, Atlanta, Georgia 30309, and hereby enters her appearance as counsel for Defendant Genacom, Inc., and requests that she be added to the docket as a counsel for this defendant. All pleadings and other notices should be sent to her at the address below.

This 21st day of June, 2018.

[SIGNATURE ON NEXT PAGE]

**STRICKLAND BROCKINGTON LEWIS LLP**

s/ Barclay S. Hendrix
Barclay S. Hendrix
Georgia Bar No. 917852
barclay.hendrix@sbllaw.com
Midtown Proscenium Suite 2200
1170 Peachtree St. NE
Atlanta, Georgia 30309
(678) 347-2200 (phone)
(678) 347-2210 (fax)

*Attorney for Genacom, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MY24HOURNEWS.COM, INC., )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>AT&T CORP., VERIO, INC., NTT )<br>AMERICA, INC., ENUDURANCE )<br>INTERNATIONAL GROUP HOLDINGS, )<br>INC. and GENACOM, INC., )<br> )<br>    Defendants. ) | Civil Action No.<br>1:18-cv-01647-MHC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served the within and foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise:

| | |
|---|---|
| Von A. Dubose<br>Tanya F. Miller<br>Dubose Miller LLC<br>75 14th Street, Suite 2110<br>Atlanta, Georgia 30309<br>dubose@dubosemiller.com<br>miller@dubosemiller.com<br>*Attorneys for Plaintiff*<br>*My24HourNews.Com* | David L. Balser<br>Julia C. Barrett<br>King & Spalding LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>dbalser@kslaw.com<br>jbarrett@kslaw.com<br>*Attorneys for Defendant AT&T Corp.* |

| | |
|---|---|
| Scott A. Griffin<br>Michael D. Hamersky<br>Griffin Hamersky LLP<br>420 Lexington Avenue, Suite 400<br>New York, New York 10170<br>sgriffin@grifflegal.com<br>mhamersky@grifflegal.com<br>*Attorneys for Plaintiff*<br>*My24HourNews.Com* | Eamon P. Joyce<br>Christina P. Chianese<br>Marissa Alter-Nelson<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>ejoyce@sidley.com<br>cchianese@sidley.com<br>malternelson@sidley.com<br>*Attorneys for Defendant AT&T Corp.* |
| Henry D. Fellows, Jr.<br>Michael C. Gretchen<br>Suite 2300 South Tower<br>225 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hfellows@fellab.com<br>mgretchen@fellab.com<br>*Attorneys for Verio Inc. and*<br>*NTT America, Inc.* | Keelin Kavanagh<br>Wendy Michael<br>Greenspoon Marder LLP<br>590 Madison Avenue, 18th Floor<br>New York, New York 10022<br>keelin.kavanagh@gmlaw.com<br>wendy.michael@gmlaw.com<br>*Attorneys for Verio Inc. and*<br>*NTT America, Inc.* |

This 21st day of June, 2018.

<u>s/ Barclay S. Hendrix</u>
Barclay S. Hendrix
Georgia Bar No. 917852