# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

---------------------------------------------------x
MY24HOURNEWS.COM, INC, :
:
*Plaintiff*, :
:
vs. : Civil Action No. 1:18-cv-1647-MHC
:
AT&T CORP., VERIO, INC., NTT :
AMERICA, INC., ENDURANCE :
INTERNATIONAL GROUP :
HOLDINGS, INC. and GENACOM, INC. :
:
*Defendants*. :
---------------------------------------------------x

## DEFENDANTS AT&T CORP., VERIO INC., NTT AMERICA, INC. AND GENACOM INC.'S UNOPPOSED JOINT MOTION TO FILE UNDER SEAL

Defendants AT&T Corp. ("AT&T"), Verio Inc., NTT America Inc. and Genacom, Inc. ("Defendants") hereby move for leave to file under seal the AT&T Wholesale Master Services Agreement entered into by Plaintiff My24HourNews.Com, Inc. and AT&T on August 23, 2012, including its attached (i) AT&T Network Pricing Integration Services and Equipment Resale agreement and its attached Statement of Work; (ii) AT&T Content Delivery Network Pricing Schedule; and (iii) AT&T Synaptic Hosting Service Pricing Schedule (collectively,

the "MSA") submitted as Exhibit E to the Declaration of David L. Balser in support of AT&T's Motion to Dismiss. The grounds for this motion are set forth in the accompanying supporting memorandum of law.

WHEREFORE, Defendants request this Court to inquire into and to grant the motion.

Dated: June 21, 2018

*/s/ David L. Balser*
David L. Balser (Georgia Bar No. 035835)
Julia C. Barrett (Georgia Bar No. 354322)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5138
dbalser@kslaw.com
jbarrett@kslaw.com

Eamon P. Joyce (admitted *pro hac vice*)
Marissa Alter-Nelson (admitted *pro hac vice*)
Christina Prusak Chianese (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
ejoyce@sidley.com
malternelson@sidley.com
cchianese@sidley.com

*Counsel for Defendant AT&T Corp.*

<u>/s/ Henry D. Fellows, Jr.</u>
Henry D. Fellows, Jr. (Georgia Bar No. 257825)
Michael C. Gretchen (Georgia Bar No. 522171)
FELLOWS LA BRIOLA LLP
225 Peachtree Street, N.E.
South Tower, Suite 2300
Atlanta, Georgia 30303-1731
Telephone: (404) 586-9200
Facsimile: (404) 586-9201
hfellows@fellab.com
mgretchen@fellab.com

Keelin Kavanaugh (admitted *pro hac vice*)
Wendy C. Michael (admitted *pro hac vice*)
GREENSPOON MARDER LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 524-5000
Facsimile: (212) 524-5050
keelin.kavanagh@gmlaw.com
wendy.michael@gmlaw.com

*Counsel for Defendants Verio Inc. and NTT America, Inc.*

<u>/s/ Frank B. Strickland</u>
Frank B. Strickland (Georgia Bar No. 687600)
Barclay S. Hendrix (Georgia Bar No. 917852)
STRICKLAND BROCKINGTON LEWIS LLP
Midtown Proscenium Suite 2200
1170 Peachtree St. N.E.
Atlanta, Georgia 30309
Telephone: (678) 347-2200
Facsimile: (678) 347-2210
fbs@sbllaw.net
barclay.hendrix@sbllaw.com

*Counsel for Genacom, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2018, a true and correct copy of the foregoing **UNOPPOSED JOINT MOTION TO FILE UNDER SEAL** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all counsel of record:

>Von A. DuBose
>Tanya F. Miller
>DUBOSE MILLER LLC
>75 14th Street N.E., Suite 2110
>Atlanta, Georgia 30309
>Telephone: (404) 720-8111
>Facsimile: (404) 921-9557
>dubose@dubosemiller.com
>miller@dubosemiller.com
>*Counsel for Plaintiff*
>
>Scott A. Griffin
>Michael D. Hamersky
>GRIFFIN HAMERSKY LLP
>420 Lexington Avenue, Suite 400
>New York, New York 10170
>Telephone: (646) 998-5580
>Facsimile: (646) 998-8284
>sgriffin@griffinlegal.com
>mhamersky@griffinlegal.com
>*Counsel for Plaintiff*

*/s/ David L. Balser*
David L. Balser (Georgia Bar No. 035835)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5138
dbalser@kslaw.com

*Counsel for Defendant AT&T Corp*