IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MY24HOURNEWS.COM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AT&T CORP., VERIO, INC., NTT ) <br> AMERICA, INC., ENDURANCE ) <br> INTERNATIONAL GROUP ) <br> HOLDINGS, INC. AND ) <br> GENACOM, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 1:18-cv-1647-MHC |

### ORDER GRANTING DEFENDANTS' MOTION TO SEAL

Before the Court is Defendants AT&T Corp. ("AT&T"), Verio Inc., NTT America Inc. and Genacom, Inc.'s Motion for leave file under seal the AT&T Wholesale Master Services Agreement entered into by Plaintiff My24HourNews.Com, Inc. and AT&T on August 23, 2012, including its attached (i) AT&T Network Pricing Integration Services and Equipment Resale agreement ("NI Pricing Schedule") and its attached Statement of Work; (ii) AT&T Content Delivery Network Pricing Schedule; and (iii) AT&T Synaptic Hosting Service Pricing Schedule (collectively, the "MSA") submitted as Exhibit E to the

Declaration of David L. Balser in support of AT&T's Motion to Dismiss. The Court, being duly advised, and finding good cause to grant Defendants' Motion, hereby ORDERS that the Motion to File Under Seal be **GRANTED**. All such documents shall remain under seal unless ordered to be unsealed by the Court for good cause shown.

SO ORDERED, this ___ day of June, 2018.

_____
Honorable Mark H. Cohen
United States District Judge