# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

------------------------------------------------------x
MY24HOURNEWS.COM, INC,  :
               *Plaintiff*,  :
               vs.  : Civil Action No. 1:18-cv-1647-MHC
AT&T CORP., VERIO, INC., NTT AMERICA, INC., ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC. and GENACOM, INC.  :
               *Defendants*.  :
------------------------------------------------------x

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AT&T CORP.

Pursuant to Local Rule 3.3, Northern District of Georgia, and Federal Rule of Civil Procedure 7.1, Defendant AT&T Corp. hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement.

(1) The undersigned counsel of record for the defendant to this action certifies that the following is a full and complete list of all parties in this action:

   Plaintiff:  My24HourNews.Com, Inc.

   Defendants:  AT&T Corp.
                    Verio Inc.
                    NTT America, Inc.

Genacom, Inc.

In addition, pursuant to Federal Rule of Civil Procedure 7.1, AT&T Corp. states that it is a wholly-owned subsidiary of AT&T, Inc. AT&T, Inc. is a publicly held corporation, and no other publicly held corporation owns 10% or more of its stock.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Defendants are not aware, at this time, of any other such persons.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Defendant AT&T Corp. in this proceeding:

a) David L. Balser, Julia C. Barrett, King & Spalding LLP for Defendant AT&T Corp.

b) Eamon P. Joyce, Marissa Alter-Nelson, Christina Prusak Chianese, Sidley Austin LLP for Defendant AT&T Corp.

Submitted this 21st day of June, 2018.

*/s/ David L. Balser*
David L. Balser (Georgia Bar No. 035835)
Julia C. Barrett (Georgia Bar No. 354322)
KING & SPALDING LLP

1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5138
dbalser@kslaw.com
jbarrett@kslaw.com

Eamon P. Joyce (admitted *pro hac vice*)
Marissa Alter-Nelson (admitted *pro hac vice*)
Christina Prusak Chianese (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
ejoyce@sidley.com
malternelson@sidley.com
cchianese@sidley.com

*Counsel for Defendant AT&T Corp.*

# CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2018, a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all counsel of record:

>Von A. DuBose
>Tanya F. Miller
>DUBOSE MILLER LLC
>75 14th Street N.E., Suite 2110
>Atlanta, Georgia 30309
>Telephone: (404) 720-8111
>Facsimile: (404) 921-9557
>dubose@dubosemiller.com
>miller@dubosemiller.com
>*Counsel for Plaintiff*
>
>Scott A. Griffin
>Michael D. Hamersky
>GRIFFIN HAMERSKY LLP
>420 Lexington Avenue, Suite 400
>New York, New York 10170
>Telephone: (646) 998-5580
>Facsimile: (646) 998-8284
>sgriffin@griffinlegal.com
>mhamersky@griffinlegal.com
>*Counsel for Plaintiff*
>
>Henry D. Fellows, Jr.
>Michael C. Gretchen
>FELLOWS LA BRIOLA LLP

225 Peachtree Street, N.E.
South Tower, Suite 2300
Atlanta, Georgia 30303-1731
Telephone: (404) 586-9200
Facsimile: (404) 586-9201
hfellows@fellab.com
mgretchen@fellab.com
*Counsel for Defendants Verio Inc. and NTT America, Inc.*

Keelin Kavanaugh
Wendy C. Michael
GREENSPOON MARDER LLP
590 Madison Avenue
New York, New Yrok 10022
Telephone: (212) 524-5000
Facsimile: (212) 524-5050
keelin.kavanagh@gmlaw.com
wendy.michael@gmlaw.com
*Counsel for Defendants Verio Inc. and NTT America, Inc.*

Frank B. Strickland
Barclay Hendrix
STRICKLAND BROCKINGTON LEWIS LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street N.E.
Atlanta, Georgia 30309
Telephone: (678) 347-2211
Facsimile: (678) 347-2210
fbs@sbllaw.net
barclay.hendrix@sbllaw.net
*Counsel for Genacom, Inc.*

        */s/ David L. Balser*
        David L. Balser (Georgia Bar No. 035835)
        KING & SPALDING LLP
        1180 Peachtree Street, N.E.
        Atlanta, Georgia 30309-3521
        Telephone: (404) 572-4600

Facsimile: (404) 572-5138
dbalser@kslaw.com

*Counsel for Defendant AT&T Corp.*