# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MY24HOURNEWS.COM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| AT&T CORP., VERIO, INC., NTT ) | 1:18-cv-01647-MHC |
| AMERICA, INC., ENDURANCE ) | |
| INTERNATIONAL GROUP HOLDINGS, ) | |
| INC. and GENACOM, INC., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GENACOM, INC.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 3.3, Defendant Genacom, Inc. ("Genacom"), based on its knowledge, information, and belief, hereby states:

1. The undersigned counsel of record for Genacom in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

The full and complete list of parties in the action is:

a. Plaintiff My24HourNews.Com, Inc.

b. Defendant AT&T Corp.

c. Defendant Verio Inc.

d. Defendant NTT America, Inc.

e. Defendant Genacom, Inc.

Defendant Genacom, Inc. does not have any parent corporation and no publicly held corporation owns 10% or more of Genacom, Inc.'s stock.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Defendant is not aware, at this time, of any other such persons.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Defendant Genacom in this proceeding:

>Frank B. Strickland
>Barclay S. Hendrix
>Strickland Brockington Lewis LLP

Respectfully submitted this 22nd day of June, 2018.

>/s/ Frank B. Strickland
>Frank B. Strickland
>GA Bar No. 687600
>Barclay S. Hendrix
>GA Bar No. 917852

STRICKLAND BROCKINGTON
LEWIS LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, GA 30309
Phone: (678) 347-2200
Fax: (678) 347-2210
fbs@sbllaw.net
Barclay.hendrix@sbllaw.com

*Attorneys for Defendant Genacom, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MY24HOURNEWS.COM, INC., ) | |
|  ) | |
|  Plaintiff, ) | |
|  ) | |
| v. ) | |
|  ) | Civil Action No. |
| AT&T CORP., VERIO, INC., NTT ) | 1:18-cv-01647-MHC |
| AMERICA, INC., ENDURANCE ) | |
| INTERNATIONAL GROUP HOLDINGS, ) | |
| INC. and GENACOM, INC., ) | |
|  ) | |
|  Defendants. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served the within and foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GENACOM, INC.** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise:

| | |
|---|---|
| Von A. Dubose<br>Tanya F. Miller<br>Dubose Miller LLC<br>75 14th Street, Suite 2110<br>Atlanta, Georgia 30309<br>dubose@dubosemiller.com<br>miller@dubosemiller.com<br>*Attorneys for Plaintiff*<br>*My24HourNews.Com* | David L. Balser<br>Julia C. Barrett<br>King & Spalding LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>dbalser@kslaw.com<br>jbarrett@kslaw.com<br>*Attorneys for Defendant AT&T Corp.* |
| Scott A. Griffin<br>Michael D. Hamersky<br>Griffin Hamersky LLP<br>420 Lexington Avenue, Suite 400<br>New York, New York 10170<br>sgriffin@grifflegal.com<br>mhamersky@grifflegal.com<br>*Attorneys for Plaintiff*<br>*My24HourNews.Com* | Eamon P. Joyce<br>Christina P. Chianese<br>Marissa Alter-Nelson<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>ejoyce@sidley.com<br>cchianese@sidley.com<br>malternelson@sidley.com<br>*Attorneys for Defendant AT&T Corp.* |
| Henry D. Fellows, Jr.<br>Michael C. Gretchen<br>Suite 2300 South Tower<br>225 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hfellows@fellab.com<br>mgretchen@fellab.com<br>*Attorneys for Verio Inc. and*<br>*NTT America, Inc.* | Keelin Kavanagh<br>Wendy Michael<br>Greenspoon Marder LLP<br>590 Madison Avenue, 18th Floor<br>New York, New York 10022<br>keelin.kavanagh@gmlaw.com<br>wendy.michael@gmlaw.com<br>*Attorneys for Verio Inc. and*<br>*NTT America, Inc.* |

This 22nd day of June, 2018.

s/ Frank B. Strickland<br>
Frank B. Strickland<br>
Georgia Bar No. 687600