IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---

| | |
|---|---|
| **MY24HOURNEWS.COM, INC.** | PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE **DISCLOSURE STATEMENT** |
| *Plaintiff,* | |
| -*v.*- | |
| **AT&T CORP.**, **VERIO, INC., NTT AMERICA, INC., ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC. and GENACOM, INC.** | CIVIL ACTION |
| | FILE NO. 18-cv-01647-MHC |
| *Defendants*. | |

---

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Plaintiff My24HourNews.Com, Inc. ("My24" or "Plaintiff") hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement.

1) The undersigned counsel of record for a party to this action certifies, to the best of its knowledge, the that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- My24HourNews.Com, Inc.

- Erik Underwood, President and Chief Executive Officer of My24HourNews.Com, Inc.

- AT&T Corp.
- AT&T, Inc. (Parent of AT&T Corp.)
- Verio, Inc.
- NTT America, Inc.
- Nippon Telegraph and Telephone Corp. (Parent of NTT America, Inc.)
- Genacom, Inc.

2) The undersigned further certifies, to the best of its knowledge, that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Erik Underwood, President and Chief Executive Officer of My24HourNews.Com, Inc.
- David Northcutt (Chief Executive Officer of Genacom, Inc.)
- Unknown at this time as to Defendants

3) The undersigned further certifies, to the best of its knowledge, that the following is a full and complete list of all persons serving as attorneys for the parties to this proceeding:

- Counsel for Plaintiff: Von Dubose, Dubose Miller, LLC
- Co-Counsel for Plaintiff: Scott Griffin and Michael Hamersky, Griffin Hamersky LLP

- Counsel for Defendant AT&T Corp.: Christina Prusak Chianese, Eamon Paul Joyce and Marissa Alter-Nelson, Sidley Austin, LLP

- Counsel for Defendant AT&T Corp.: David Lewis Balser and Julia Constance Barrett, King & Spalding LLP

- Counsel for Defendants Verio, Inc. and NTT America, Inc.: Keelin Kavanagh and Wendy C. Michael, Greenspoon Marder, P.A.

- Counsel for Defendant Verio, Inc. and NTT America, Inc.: Henry D. Fellows, Jr. and Michael Coleman Gretchen, Fellows La Briola, LLP.

- Counsel for Defendant Genacom, Inc.: Frank B. Strickland and Barclay Hendrix, Strickland Brockington & Lewis LLP.

Respectfully submitted this 22nd day of June, 2018.

By: /s/ Von A. DuBose
Von DuBose
GA. Bar No. 231451
75 14th Street N.E., Suite 2110
Atlanta, Georgia 30309
Telephone: (404) 720-8111
Facsimile: (404) 921-9557

*Counsel to Plaintiff
My24HourNews.Com, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notice of such filing to counsel of record:

>David L. Balser (Georgia Bar No. 035835)
>Julia C. Barrett (Georgia Bar No. 354322)
>KING & SPALDING LLP
>1180 Peachtree Street, N.E.
>Atlanta, Georgia 30309-3521
>Telephone: (404) 572-4600
>Facsimile: (404) 572-5138
>dbalser@kslaw.com
>jbarrett@kslaw.com
>*Counsel for Defendant AT&T Corp.*
>
>Eamon P. Joyce (admitted pro hac vice)
>Marissa Alter-Nelson (admitted pro hac vice)
>Christina Prusak Chianese (admitted pro hac vice)
>SIDLEY AUSTIN LLP
>787 Seventh Avenue
>New York, New York 10019
>Telephone: (212) 839-5300
>Facsimile: (212) 839-5599
>ejoyce@sidley.com
>malternelson@sidley.com
>cchianese@sidley.com
>*Counsel for Defendant AT&T Corp.*
>
>Henry D. Fellows, Jr.
>Michael C. Gretchen
>FELLOWS LA BRIOLA LLP
>225 Peachtree Street, N.E.
>South Tower, Suite 2300
>Atlanta, Georgia 30303-1731
>Telephone: (404) 586-9200
>Facsimile: (404) 586-9201
>hfellows@fellab.com
>mgretchen@fellab.com

*Counsel for Defendants Verio Inc. and NTT America, Inc.*

Keelin Kavanaugh
Wendy C. Michael
GREENSPOON MARDER LLP
590 Madison Avenue
New York, New Yrok 10022
Telephone: (212) 524-5000
Facsimile: (212) 524-5050
keelin.kavanagh@gmlaw.com
wendy.michael@gmlaw.com
*Counsel for Defendants Verio Inc. and NTT America, Inc.*

Frank B. Strickland
Barclay Hendrix
STRICKLAND BROCKINGTON LEWIS LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street N.E.
Atlanta, Georgia 30309
Telephone: (678) 347-2211
Facsimile: (678) 347-2210
fbs@sbllaw.net
barclay.hendrix@sbllaw.net
*Counsel for Genacom, Inc.*

Dated: June 22nd, 2018

/s/ Von A. DuBose
Von A. Dubose
DUBOSE MILLER LLC
75 14th Street N.E., Suite 2110
Atlanta, Georgia 30309
Telephone: (404) 720-8111
Facsimile: (404) 921-9557

*Counsel for My24HourNews.Com, Inc.*