# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MY24HOURNEWS.COM, INC.<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP., VERIO, INC., NTT AMERICA, INC., ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC. AND GENACOM, INC.<br><br>Defendants. | Case No. 1:18-cv-1647-MHC |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Notice is hereby given that Christina Prusak Chianese, of the law firm of Sidley Austin LLP, respectfully enters her appearance as counsel for Defendant AT&T Corp. in the above-captioned action.

This 2nd day of July, 2018.

/s/ Christina Prusak Chianese
Christina Prusak Chianese
(admitted *pro hac vice*)
cchianese@sidley.com
Sidley Austin LLP
787 7th Avenue
New York, NY 10019
Telephone: (212) 839-6062
Facsimile: (212) 839-5599
*Counsel for Defendant AT&T Corp.*

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record on this 2nd day of July, 2018.

            */s/ Christina Prusak Chianese*
            Christina Prusak Chianese