# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MY24HOURNEWS.COM, INC.<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP., VERIO, INC., NTT AMERICA, INC., ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC. AND GENACOM, INC.<br><br>Defendants. | Case No. 1:18-cv-1647-MHC |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Notice is hereby given that Eamon P. Joyce, of the law firm of Sidley Austin LLP, respectfully enters his appearance as counsel for Defendant AT&T Corp. in the above-captioned action.

This 2nd day of July, 2018.

                                                  */s/ Eamon P. Joyce*
                                                  Eamon P. Joyce
                                                  (admitted *pro hac vice*)
                                                  ejoyce@sidley.com
                                                  Sidley Austin LLP
                                                  787 7th Avenue
                                                  New York, NY 10019
                                                  Telephone: (212) 839-8555
                                                  Facsimile: (212) 839-5599
                                                  *Counsel for Defendant AT&T Corp.*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record on this 2nd day of July, 2018.

                                          */s/ Eamon P. Joyce*
                                          Eamon P. Joyce