# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| MY24HOURNEWS.COM, INC. | |
| | Case No. 1:18-cv-1647-MHC |
| Plaintiff, | |
| v. | |
| AT&T CORP., VERIO, INC., NTT AMERICA, INC., ENDURANCE INTERNATIONAL GROUP HOLDINGS, INC. AND GENACOM, INC. | |
| Defendants. | |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Notice is hereby given that Marissa Alter-Nelson, of the law firm of Sidley Austin LLP, respectfully enters her appearance as counsel for Defendant AT&T Corp. in the above-captioned action.

This 2nd day of July, 2018.

/s/ Marissa Alter-Nelson
Marissa Alter-Nelson
(admitted *pro hac vice*)
malternelson@sidley.com
Sidley Austin LLP
787 7th Avenue
New York, NY 10019
Telephone: (212) 839-5622
Facsimile: (212) 839-5599
*Counsel for Defendant AT&T Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record on this 2nd day of July, 2018.

_/s/ Marissa Alter-Nelson_
Marissa Alter-Nelson