# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MY24HOURNEWS.COM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| AT&T CORP., VERIO, INC., ) | 1:18-cv-01647-MHC |
| NTT AMERICA, INC., and ) | |
| GENACOM, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING TIME- AND PAGE-LIMIT EXTENSIONS
AND STAYING ALL DISCOVERY**

This matter is before the Court on the Parties' Joint Consent Motion for Extension of Time, Extension of Page-Limits, and Stay of Discovery Deadlines.

For good cause shown, the Consent Motion is GRANTED. It is hereby ORDERED that:

(1) the Plaintiff shall have up to an including August 6, 2018, within which to file separate response briefs in opposition to Defendants motions to dismiss;

(2) the Plaintiff has leave to file separate response briefs in opposition to Defendants' motions to dismiss, none of which shall exceed forty (40) pages in length;

1

(3) Defendants shall have up to and including September 6, 2018, within which to file separate reply briefs in support of their respective motions to dismiss;

(4) Defendants have leave to file reply briefs in support of their motions to dismiss not to exceed twenty (20) pages in length;

(5) All discovery deadlines—including the deadlines for filing Initial Disclosures and the Joint Preliminary Report and Discovery Plan—are hereby stayed until after the Court issues its ruling on the Defendants' motions to dismiss.

SO ORDERED, this ____ day of _____, 2018.

 

HON. MARK COHEN
UNITED STATES DISTRICT COURT