# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MY24HOURNEWS.COM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| AT&T CORP., VERIO, INC., NTT ) | 1:18-cv-01647-MHC |
| AMERICA, INC., ENUDURANCE ) | |
| INTERNATIONAL GROUP HOLDINGS, ) | |
| INC. and GENACOM, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW Anne W. Lewis of the law firm Strickland Brockington Lewis LLP, Midtown Proscenium Suite 2200, 1170 Peachtree Street NE, Atlanta, Georgia 30309, and hereby enters her appearance as additional counsel for Defendant Genacom, Inc., and requests that she be added to the docket as a counsel for this defendant. All pleadings and other notices should be sent to her at the address below.

This 27th day of July, 2018.

[SIGNATURE ON NEXT PAGE]

**STRICKLAND BROCKINGTON LEWIS LLP**

s/ Anne W. Lewis
Anne W. Lewis
Georgia Bar No. 737490
awl@sbllaw.net
Midtown Proscenium Suite 2200
1170 Peachtree St. NE
Atlanta, Georgia 30309
(678) 347-2200 (phone)
(678) 347-2210 (fax)

*Attorney for Genacom, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MY24HOURNEWS.COM, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)   Civil Action No.<br>)   1:18-cv-01647-MHC<br>AT&T CORP., VERIO, INC., NTT )<br>AMERICA, INC., ENUDURANCE )<br>INTERNATIONAL GROUP HOLDINGS, )<br>INC. and GENACOM, INC., )<br>)<br>    Defendants. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served the within and foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise:

Von A. Dubose  
Tanya F. Miller  
Dubose Miller LLC  
75 14th Street, Suite 2110  
Atlanta, Georgia 30309  
dubose@dubosemiller.com  
miller@dubosemiller.com  
*Attorneys for Plaintiff*  
*My24HourNews.Com*

David L. Balser  
Julia C. Barrett  
King & Spalding LLP  
1180 Peachtree Street, N.E.  
Atlanta, Georgia 30309  
dbalser@kslaw.com  
jbarrett@kslaw.com  
*Attorneys for Defendant AT&T Corp.*

| | |
|---|---|
| Scott A. Griffin<br>Michael D. Hamersky<br>Griffin Hamersky LLP<br>420 Lexington Avenue, Suite 400<br>New York, New York 10170<br>sgriffin@grifflegal.com<br>mhamersky@grifflegal.com<br>*Attorneys for Plaintiff*<br>*My24HourNews.Com* | Eamon P. Joyce<br>Christina P. Chianese<br>Marissa Alter-Nelson<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>ejoyce@sidley.com<br>cchianese@sidley.com<br>malternelson@sidley.com<br>*Attorneys for Defendant AT&T Corp.* |
| Henry D. Fellows, Jr.<br>Michael C. Gretchen<br>Suite 2300 South Tower<br>225 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hfellows@fellab.com<br>mgretchen@fellab.com<br>*Attorneys for Verio Inc. and*<br>*NTT America, Inc.* | Keelin Kavanagh<br>Wendy Michael<br>Greenspoon Marder LLP<br>590 Madison Avenue, 18th Floor<br>New York, New York 10022<br>keelin.kavanagh@gmlaw.com<br>wendy.michael@gmlaw.com<br>*Attorneys for Verio Inc. and*<br>*NTT America, Inc.* |

This 27th day of July, 2018.

<u>s/ Anne W. Lewis</u>
Anne W. Lewis
Georgia Bar No. 737490