IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

------------------------------------------------------------x
:
MY24HOURNEWS.COM, INC.                                      :
:
*Plaintiff*,                                                 :           CIVIL ACTION
-*v*.-                                                       :
:           FILE NO. 18-cv-01647-MHC
AT&T CORP., VERIO, INC., NTT                                :
AMERICA, INC., and GENACOM, INC.                            :
:
*Defendants*.                                                :
:
:
------------------------------------------------------------x

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT
ON DEFENDANTS' PRE-ANSWER MOTION TO DISMISS**

Plaintiff My24HourNews.Com, Inc., respectfully asks this Court to hear oral argument on Defendants' motions to dismiss Plaintiff's Complaint.  Oral argument will likely be helpful to the Court, and is essential in the interests of justice, because Defendants' motions depend crucially on their incorrect contention, asserted in their reply papers, that a key statement in Plaintiff's declaration is "false."  Defendants contend that Plaintiff's statement concerning when he first learned of Defendants' duplicity is "false" and that Plaintiff's Complaint should therefore be dismissed as untimely prior to any discovery concerning the issue.  Because that contention is

1

both material and misleading, and because Plaintiff has had no opportunity to respond, Plaintiff respectfully asks the Court to hear oral argument concerning statute of limitations issues.

Oral argument is also likely to be helpful to the Court in clarifying both statute of limitations and "merger clause" issues. The parties dispute both when Plaintiff's causes of action accrued and whether Plaintiff's claims relate back to earlier complaints. With respect to Defendants' argument that a "merger clause" requires dismissal, Plaintiff has offered seven separate responses, many of which have sub-parts. The parties do not even agree concerning governing law. Plaintiff respectfully suggests that the parties can assist the Court at oral argument by offering a path through the complexities and by focusing on whichever issues the Court considers potentially dispositive. Defendants Verio Inc., NTT America, Inc., and Genacom, Inc. have advised Plaintiff that they do not object to oral argument.[1]

For these reasons, Plaintiff respectfully requests that the Court enter an order pursuant to Northern District of Georgia Local Rule 7.1(E) and Paragraph II.K of this Court's Standing Order Regarding Civil Litigation scheduling oral argument concerning Defendants' motions to dismiss insofar as they depend on applicable

---

[1] Although Defendant AT&T Corp. ("AT&T") advised Plaintiff that it did not intend to seek oral argument on its motion to dismiss, AT&T has advised Plaintiff that it will respond as to whether it objects to oral argument after the filing of this request.

2

statutes of limitations or the "merger clause" in Plaintiff's contract with Defendant AT&T.

Respectfully submitted this 19th day of September, 2018.

DUBOSE MILLER LLC

By: /s/ Von A. DuBose
Von A. DuBose
(Georgia Bar Number 231451)
Tanya F. Miller
(Georgia Bar Number 508434)
75 14th Street N.E., Suite 2110
Atlanta, Georgia 30309
Telephone: (404) 720-8111
Facsimile: (404) 921-9557

-and-

Scott A. Griffin
(Admitted pro hac vice)
Michael D. Hamersky
(Admitted pro hac vice)
GRIFFIN HAMERSKY LLP
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile: (646) 998-8284

*Counsel for My24HourNews.Com, Inc.*

## **CERTIFICATE OF COMPLIANCE**

   The undersigned certifies that the foregoing complies with Local Rule 5.1(B) regarding typefaces and fonts.

               /s/Von A. DuBose

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2018, a true and correct copy of the foregoing **PLAINTIFF'S REQUEST FOR ORAL ARGUMENT** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all counsel of record.

| | |
|---|---|
| David L. Balser | Henry D. Fellows, Jr. |
| (Georgia Bar No. 035835) | (Georgia Bar No. 257825) |
| Julia C. Barrett | Michael C. Gretchen |
| (Georgia Bar No. 354322) | (Georgia Bar No. 522171) |
| KING & SPALDING LLP | FELLOWS LA BRIOLA LLP |
| 1180 Peachtree Street, N.E. | 225 Peachtree Street, N.E. |
| Atlanta, Georgia 30309-3521 | South Tower, Suite 2300 |
| Telephone: (404) 572-4600 | Atlanta, Georgia 30303-1731 |
| Facsimile: (404) 572-5138 | Telephone: (404) 586-9200 |
| dbalser@kslaw.com | Facsimile: (404) 586-9201 |
| jbarrett@kslaw.com | hfellows@fellab.com |
| **Counsel for Defendant AT&T Corp.** | mgretchen@fellab.com |
| | **Counsel for Defendants Verio Inc. and NTT America, Inc.** |
| Eamon P. Joyce | |
| (admitted pro hac vice) | Keelin Kavanaugh |
| Marissa Alter-Nelson | (admitted pro hac vice) |
| (admitted pro hac vice) | Wendy C. Michael |
| Christina Prusak Chianese | (admitted pro hac vice) |
| (admitted pro hac vice) | GREENSPOON MARDER LLP |
| SIDLEY AUSTIN LLP | 590 Madison Avenue |
| 787 Seventh Avenue | New York, New York 10022 |
| New York, New York 10019 | Telephone: (212) 524-5000 |
| Telephone: (212) 839-5300 | Facsimile: (212) 524-5050 |
| Facsimile: (212) 839-5599 | keelin.kavanagh@gmlaw.com |
| ejoyce@sidley.com | wendy.michael@gmlaw.com |
| malternelson@sidley.com | **Counsel for Defendants Verio Inc. and NTT America, Inc.** |
| cchianese@sidley.com | |
| **Counsel for Defendant AT&T Corp.** | |

Frank B. Strickland
(Georgia Bar No. 687600)
Barclay S. Hendrix
(Georgia Bar No. 917852)
STRICKLAND BROCKINGTO LEWIS LLP
Midtown Proscenium
Suite 2200
1170 Peachtree St. N.E.
Atlanta, Georgia 30309
Telephone:  (678) 347-2200
Facsimile:  (678) 347-2210
fbs@sbllaw.net
barclay.hendrix@sbllaw.com
**Counsel for Genacom, Inc.**