# EXHIBIT A

# Joyce, Eamon P.

| | |
|---|---|
| **From:** | Scott Griffin <sgriffin@grifflegal.com> |
| **Sent:** | Wednesday, September 19, 2018 10:45 AM |
| **To:** | Joyce, Eamon P. |
| **Cc:** | Balser, David; Von Dubose |
| **Subject:** | Re: My24HourNews.Com, Inc. v. AT&T et. al. - Oral Argument |

Value added.  Thanks



Scott A. Griffin
Griffin Hamersky LLP
420 Lexington Avenue  |  Suite 400  |  New York, NY 10170
T: 646.998.5575   |  F: 646.998.8284  C: 917.975.4863
Email: sgriffin@grifflegal.com
Website: www.grifflegal.com


On Sep 19, 2018, at 10:10 AM, Joyce, Eamon P. <ejoyce@sidley.com> wrote:

> File what you want.  We'll assess whether to respond based on that filing.
> Eamon
>
>> **From:** Scott Griffin <sgriffin@grifflegal.com>
>> **Sent:** Wednesday, September 19, 2018 10:09 AM
>> **To:** Joyce, Eamon P. <ejoyce@sidley.com>
>> **Cc:** Balser, David <dbalser@kslaw.com>; Von Dubose <dubose@dubosemiller.com>
>> **Subject:** Re: My24HourNews.Com, Inc. v. AT&T et. al. - Oral Argument
>>
>> So you object to oral argument?
>>
>> 

Scott A. Griffin
Griffin Hamersky LLP
420 Lexington Avenue | Suite 400 | New York, NY 10170
T: 646.998.5575   | F: 646.998.8284  C: 917.975.4863
Email: sgriffin@grifflegal.com
Website: www.grifflegal.com



On Sep 19, 2018, at 10:02 AM, Joyce, Eamon P. <ejoyce@sidley.com> wrote:

> Scott,
> Having conferred with David and having reviewed Judge Cohen's standing order (see section I.K, which we don't understand your proposal to us makes any effort to satisfy), judges in the Northern District of Georgia rarely permit argument and we don't see anything about this motion that suggests the court should deviate from its customary practice.
> Eamon
>
>
> **EAMON P. JOYCE**
> Partner
>
> **SIDLEY AUSTIN LLP**
> +1 212 839 8555
> ejoyce@sidley.com
>
>
> ---
>
> **From:** Scott Griffin <sgriffin@grifflegal.com>
> **Sent:** Tuesday, September 18, 2018 10:02 AM
> **To:** Balser, David <dbalser@kslaw.com>; Joyce, Eamon P. <ejoyce@sidley.com>
> **Cc:** Von Dubose <dubose@dubosemiller.com>
> **Subject:** Re: My24HourNews.Com, Inc. v. AT&T et. al. - Oral Argument
>
> Gentlemen:
>
> Can one of you advise regarding the below? The other defendants have indicated that they do not object to oral argument.
>
> Thanks,
>
> Scott
>
>
> <image001.png>
>
> Scott A. Griffin (Bio)

2

Griffin Hamersky LLP
420 Lexington Avenue  |  Suite 400  |  New York, NY 10170
T: 646.998.5575   |  F: 646.998.8284  C: 917.975.4863
Email: sgriffin@grifflegal.com
Website: www.grifflegal.com

On Sep 17, 2018, at 2:42 PM, Scott Griffin <sgriffin@grifflegal.com> wrote:

David:

Do you have any objection to oral argument, as we intend to request it?

Best,

Scott
<Griffin v1.png>

Scott A. Griffin (Bio)
Griffin Hamersky LLP
420 Lexington Avenue  |  Suite 400  |  New York, NY 10170
T: 646.998.5575   |  F: 646.998.8284  C: 917.975.4863
Email: sgriffin@grifflegal.com
Website: www.grifflegal.com

On Sep 13, 2018, at 12:26 PM, Balser, David <dbalser@kslaw.com> wrote:

Scott:  We do not intend to request oral argument.  Best regards, David

**David L. Balser** | King & Spalding LLP
1180 Peachtree St., NE, Atlanta, GA 30309-3521
T: 404.572.2782 | F: 404.572.5100 | dbalser@kslaw.com

**From:** Scott Griffin [mailto:sgriffin@grifflegal.com]
**Sent:** Thursday, September 13, 2018 12:24 PM
**To:** Balser, David; ejoyce@sidley.com

3

**Cc:** Von Dubose
**Subject:** My24HourNews.Com, Inc. v. AT&T et. al. - Oral Argument

Gentlemen:

Can you advise as to whether AT&T intends to request oral argument on its motion to dismiss?

Thanks,

Scott

<image001.png>

Scott A. Griffin (Bio)
Griffin Hamersky LLP
420 Lexington Avenue | Suite 400 | New York, NY 10170
T: 646.998.5575 | F: 646.998.8284  C: 917.975.4863
Email: sgriffin@grifflegal.com
Website: www.grifflegal.com

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

4

*************************************************************
*****************************************

5