# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |  |
|---|---|---|
| **MY24HOURNEWS.COM, INC.** | : | |
| | : | |
| *Plaintiff*, | : | |
| -*v.*- | : | CIVIL ACTION |
| | : | |
| **AT&T CORP., VERIO, INC., NTT** | : | FILE NO. 18-CV-01647 |
| **AMERICA, INC., ENDURANCE** | : | |
| **INTERNATIONAL GROUP** | : | |
| **HOLDINGS, INC. and GENACOM,** | : | |
| **INC.** | : | |
| *Defendants*. | : | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiff in the above-named case appeals to the United States Court of Appeals for the Eleventh Circuit, pursuant to Federal Rules of Appellate Procedure 3 and 4(a), from the order entered in this action on January 10, 2019 (Dkt. No. 63), granting Defendants Verio, Inc.'s, NTT America, Inc.'s, Genacom, Inc.'s and AT&T Corp.'s Motions to Dismiss (the "Order").

The Order is subject to direct appeal under 28 U.S.C. § 1291(a).

**[Signature Page to Follow]**

Dated: February 1, 2019

Respectfully submitted,

DUBOSE MILLER LLC


By: */s/ Von A. DuBose*
Von A. DuBose (*Admitted Pro Hac Vice*)
75 14th Street N.E., Suite 2110
Atlanta, Georgia 30309
Telephone: (404) 720-8111
Facsimile: (404) 921-9557

-and-

Scott A. Griffin (*Admitted Pro Hac Vice*)
GRIFFIN HAMERSKY LLP
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile:  (646) 998-8284

*Counsel for My24HourNews.Com, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, this is to certify that the foregoing document complies with the font and point selections approved by the Court in Local Rule 5.1. The foregoing was prepared on a computer using Times New Roman font (14 point).

Dated: February 1, 2019

Respectfully submitted,

DUBOSE MILLER LLC

By: */s/ Von A. DuBose*
Von A. DuBose (*Admitted Pro Hac Vice*)
75 14th Street N.E., Suite 2110
Atlanta, Georgia 30309
Telephone: (404) 720-8111
Facsimile: (404) 921-9557

-and-

Scott A. Griffin (*Admitted Pro Hac Vice*)
GRIFFIN HAMERSKY LLP
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile:  (646) 998-8284

*Counsel for My24HourNews.Com, Inc.*

## CERTIFICATE OF SERVICE

I certify that on February 1, 2019, I filed this document with the Clerk of Court

using CM/ECF, which will serve this document on all counsel of record.

Dated: February 1, 2019                  Respectfully submitted,

DUBOSE MILLER LLC

By: */s/ Von A. DuBose*
Von A. DuBose (*Admitted Pro Hac Vice*)
75 14th Street N.E., Suite 2110
Atlanta, Georgia 30309
Telephone: (404) 720-8111
Facsimile: (404) 921-9557

-and-

Scott A. Griffin (*Admitted Pro Hac Vice*)
GRIFFIN HAMERSKY LLP
420 Lexington Avenue, Suite 400
New York, New York 10170
Telephone: (646) 998-5580
Facsimile:  (646) 998-8284

*Counsel for My24HourNews.Com, Inc.*